IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KADIR MCCOY, | § | |
| | § | No. 201, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1501018069 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: June 29, 2023
Decided: July 3, 2023

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## ORDER

After consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1) On June 7, 2023, the appellant, Kadir McCoy, filed a notice of appeal purporting to be from an order of the Superior Court dated May 16, 2023. After a review of the Superior Court docket revealed that the Superior Court had not issued a final order—or any order, for that matter—on May 16, 2023, the Clerk of the Court issued a notice to McCoy to show cause why this appeal should not be dismissed.

(2) In response to the notice to show cause, McCoy asserts that the Superior Court is not permitting him to proceed *pro se* with his pending motion for postconviction relief. McCoy's filing is unresponsive to the Court's notice to show

cause. In any event, a review of the Superior Court docket reveals that McCoy's *pro se* motion for postconviction relief filed on March 6, 2023, remains pending in the Superior Court.[1] If the Superior Court denies McCoy's motion for postconviction relief, he may then appeal to this Court for a review of that final judgment.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rule 29(b), that the appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] Indeed, the Superior Court issued a scheduling order in connection with the motion on April 25, 2023, and McCoy's trial counsel filed an affidavit responding to the allegations contained in the motion on June 28, 2023.